UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IQVIA INC. and IMS SOFTWARE SERVICES, LTD., <br><br>  Plaintiffs, <br><br> v. <br><br> VEEVA SYSTEMS, INC., <br><br>  Defendant. | Civil Action No. 19-15517 (JXN) |
| VEEVA SYSTEMS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> IQVIA INC. and IMS SOFTWARE SERVICES, LTD., <br><br>  Defendants. | Civil Action No. 19-18558 (JXN) <br><br> (CONSOLIDATED) <br><br><br> **AMENDED PRETRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a Telephone Status Conference on April 29, 2022, and the Court having considered counsels' respective positions as to the status of discovery and the entry of an amended scheduling order; and for good cause shown;

**IT IS on this 3rd day of May 2022,**

**ORDERED THAT**:

1. On or before **May 13, 2022**, the parties shall submit a joint letter regarding the status of re-engaging in mediation.

2. The deadline for the completion of all fact discovery is extended through **June 30, 2022**.

3. The deadline for serving all affirmative expert reports is extended through and including **August 15, 2022**. The deadline for serving all responsive expert reports is extended through **September 30, 2022**. The deadline for serving all reply expert reports is extended through **October 28, 2022**. The deadline for the completion of all expert discovery is extended through and including **November 15, 2022.**

4. There shall be a Status Conference by Zoom Videoconference on **June 30, 2022, at 3:30 p.m.** The Court will provide the parties with connection information in advance. On or before **June 24, 2022**, the parties shall submit a joint status letter, of three pages or less, setting forth the status of completing discovery.

5. All other deadlines and requirements ordered by the Pretrial Scheduling Order issued on November 8, 2021, (ECF No. 100), shall remain in effect.

6. **FAILURE TO FOLLOW THIS ORDER WILL RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f), 37**.

                                                s/Jessica S. Allen
                                                **Hon. Jessica S. Allen**
                                                **United States Magistrate Judge**

cc: Hon. Julien X. Neals, U.S.D.J.